UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
LANCE McDERMOTT,                    )   No. C05-0860L
                                    )
                Plaintiff,          )
        v.                          )
                                    )   ORDER VACATING ORDER
UNITED STATES POSTAL SERVICE,       )   TO SHOW CAUSE
                                    )
                Defendants.         )
_____)

      This matter comes before the Court on plaintiff's response to the Order to Show Cause dated September 30, 2005. Plaintiff has provided good cause for his failure to serve a copy of the summons and complaint on defendant within 120 days of the filing of the complaint. Because summons were not issued to plaintiff until October 17, 2005, the Order to Show Cause is hereby VACATED and plaintiff shall have an additional 120 days from that date in which to affect service. If plaintiff has difficulty serving defendant as directed in Fed. R. Civ. P. 4(i), he may, within sixty days of the date of this Order, file a motion for assistance in serving the complaint.

      DATED this 25th day of October, 2005.

                                         /s/ Robert S. Lasnik

                                         Robert S. Lasnik
                                         Chief Judge, United States District Court

ORDER VACATING ORDER TO SHOW CAUSE